[No. 46589-2-II.  Division Two.  February 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGELINO LUCIANO PENA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-00417-8, David E. Gregerson, J., entered August 11, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 46696-1-II.  Division Two.  February 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY P. BAKKE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-02265-6, Gregory M. Gonzales, J., entered September 19, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 46717-8-II.  Division Two.  February 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL BENICIO CASTILLO-LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00097-5, James W. Lawler, J., entered August 27, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Lee, J. Now published at 192 Wn. App. 741.

[No. 46855-7-II.  Division Two.  February 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE AARON MARCUM, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 12-1-00249-4, George L. Wood, J., entered October 29, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Worswick, J.